## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No.** \_\_\_7:21cr00022_____ |
| | ) | |
| **v.** | ) | |
| | ) | **INFORMATION** |
| **CRYSTAL DAWN BOONE** | ) | |
| | ) | **In violation of:** |
| | ) | **Title 18 U.S.C. §§ 922(a)(6), 924(a)(2)** |
| | ) | |

The United States Attorney charges:

1. On or about July 5, 2020, in the Western District of Virginia, the defendant, **CRYSTAL DAWN BOONE,** in connection with the acquisition of a firearm, a Ruger, model Security-9, 9mm pistol, from Virginia Gun and Knife Traders, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Virginia Gun and Knife Traders, LLC, which statement was intended and likely to deceive Virginia Gun and Knife Traders, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that defendant **CRYSTAL DAWN BOONE** was the actual buyer of the firearm, when in fact the defendant knew she was not the actual buyer of the firearm.

2. All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

5/26/2021

Date

FOR Daniel P. Bubar
Acting United States Attorney

2